1  GREGORY S. CORDREY (Bar No. 190144)
   *gcordrey@jmbm.com*
2  ROD S. BERMAN (Bar No. 105444)
   *rberman@jmbm.com*
3  REMI T. SALTER (Bar No. 316327)
   *rsalter@jmbm.com*
4  JEFFER MANGELS BUTLER & MITCHELL LLP
   1900 Avenue of the Stars, 7th Floor
5  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080
6  Facsimile:   (310) 203-0567

7  Attorneys for Plaintiff Theragun, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERAGUN, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>MASSAGE GUNS INC, a Canadian corporation,<br><br>  Defendant. | Case No. CV 19-5777-GW-JEMx<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

## **ORDER ON JOINT STIPULATION OF DISMISSAL**

This matter has come before the Court on the parties' Joint Stipulation of Dismissal. After full consideration of all the papers and submissions, the Court finds that all claims in the case of *Theragun, LLC v. Massage Guns, Inc.*, Case No. 42:19-cv-05777-GW-JEM, shall be dismissed with prejudice and without fees or costs to any party.

The Stipulation is GRANTED.

IT IS SO ORDERED.

DATED: October 8, 2019

_____
Hon. George H. Wu
United States District Judge